# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Amanda Bloom v. A360 Media LLC   Docket No.: 24-1845

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph R. Oliveri

Firm: Clare Locke LLP

Address: 10 Prince Street, Alexandria, VA 22314

Telephone: (202) 628-7405   Fax: (202) 478-0475

E-mail: joe@clarelocke.com

Appearance for: Amanda Bloom/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☒ Additional counsel (co-counsel with: Thomas A. Clare, P.C./ Clare Locke LLP )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on July 17, 2024   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Joseph R. Oliveri

Type or Print Name: Joseph R. Oliveri