UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1845

**Motion for:** Joint Motion to Extend the Briefing Schedule

**Caption [use short title]**

AMANDA BLOOM,

    Plaintiff-Appellant,

v.

A360 Media LLC,

    Defendant-Appellee.

Set forth below precise, complete statement of relief sought:

The Parties have reached an agreement in principle to amicably resolve this case. The Parties respectfully jointly request that the Court extend the briefing schedule in this case by 30 days to allow them time to effectuate that amicable resolution.

**MOVING PARTY:** Joint Motion of Appellant and Appellee  
**OPPOSING PARTY:** None

☒ Plaintiff  ☒ Defendant  
☒ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Joseph R. Oliveri  
**OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

Clare Locke LLP, 10 Prince Street, Alexandria, VA 22314

Tel: (202) 628-7405

Email: joe@clarelocke.com

**Court- Judge/ Agency appealed from:** S.D.N.Y. / Hon. Jed S. Rakoff

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:  
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes  ✔ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No  
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Joseph R. Oliveri (Digitally signed by Joseph R. Oliveri, Date: 2024.08.14 15:13:54 -04'00')  **Date:** August 14, 2024  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| AMANDA BLOOM, ) | |
| ) | No. 24-1845 |
| *Plaintiff-Appellant*, ) | |
| ) | On Appeal from |
| v. ) | the United States District Court |
| ) | for the Southern District of New York |
| A360 MEDIA LLC, ) | Case No. 1:23-CV-11024-JSR |
| ) | Hon. Jed S. Rakoff |
| *Defendant-Appellee*. ) | |

**JOINT MOTION TO EXTEND THE
<u>BRIEFING SCHEDULE</u>**

Plaintiff-Appellant Amanda Bloom and Defendant-Appellee A360 Media LLC respectfully jointly move the Court, under Federal Rule of Appellate Procedure 26(b) and Second Circuit Local Rule 27.1(f), to extend the briefing schedule by thirty (30) days to allow the parties time to effectuate an amicable resolution of this case. In support of their Motion, the Parties state the following:

1. Ms. Bloom filed her Notice of Appeal on July 1, 2024. (DE 1.) On July 17, 2024, the Court placed this case on its Expedited Calendar. (DE 18.) Under the present schedule, Ms. Bloom's Principal Brief is due on August 21, 2024.

2. The Parties have reached an agreement in principle to amicably resolve this case, but they need additional time beyond the present due date for Ms. Bloom's Principal Brief to effectuate that amicable resolution. The Parties believe and agree

that extending the briefing schedule by thirty (30) days will enable them to so without any undue delay.

3.　　Under Federal Rule of Appellate Procedure 26(b), this Court may for good cause extend the briefing schedule.

4.　　No Party has previously requested an extension of time in this case.

5.　　This extension of time is requested in good faith.

WHEREFORE, the Parties respectfully request that the Court extend the briefing schedule by thirty (30) days such that Ms. Bloom's Principal Brief will be due on September 20, 2024, and A360 Media LLC's Response Brief is will be due on October 25, 2024 (thirty-five days after Mr. Bloom's Principal Brief, in accord with the present scheduling order).

Date: August 14, 2024　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| */s/ Jacquelyn N. Schell* | */s/ Joseph R. Oliveri* |
| Jacquelyn N. Schell | Thomas A. Clare, P.C. |
| Isabella Salomão Nascimento | Joseph R. Oliveri |
| BALLARD SPAHR LLP | CLARE LOCKE LLP |
| 1675 Broadway, 19th Floor | 10 Prince Street |
| New York, New York 10019-5820 | Alexandria, VA 22314 |
| Phone: (212) 223-0200 | Telephone: (202) 628-7400 |
| Fax: (212) 223-1942 | Facsimile: (202) 478-0475 |
| schellj@ballardspahr.com | tom@clarelocke.com |
| salomaonascimentoi@ballardspahr.com | joe@clarelocke.com |
| | |
| *Counsel for Defendant-Appellee A360 Media LLC* | *Attorneys for Plaintiff-Appellant Amanda Bloom* |

2