# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-four.

Before:     José A. Cabranes,
                *Circuit Judge.*

_____

| | |
|---|---|
| Amanda Bloom, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 24-1845 |
|   v. | |
| A360 Media, LLC, | |
|     Defendant – Appellee. | |

_____

The parties jointly move for a 30-day extension of the briefing schedule.

IT IS HEREBY ORDERED that the motion is GRANTED, on consent. Appellant's opening brief is due September 20, 2024, and Appellee's response brief is due October 25, 2024.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court